# EXHIBIT H

## Levinstein, Mark

| | |
|---|---|
| **From:** | Douglas J. Emanuel <DEmanuel@crfllp.com> |
| **Sent:** | Thursday, April 02, 2015 5:13 PM |
| **To:** | Levinstein, Mark |
| **Cc:** | Robert D. Fine |
| **Subject:** | Thundermist Document Production |

Mark:

Chuck Jones was able to search an archive that had not been previously searched.

He has provided these documents to us, and they are substantial in number.

We are reviewing them prior to production to you, and we will get them to you via cd as soon as possible.

Douglas J. Emanuel, Esq.
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, Rhode Island 02903
Phone: (401) 453-6400
Direct: (401) 865-6233
Fax: (401) 453-6411
Website: www.crfllp.com

To ensure compliance with requirements imposed by U.S. Treasury Regulations, Chace Ruttenberg & Freedman, LLP informs you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

This communication (and attachments, if any) is intended only for the addressee(s) shown above. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this communication or its contents by persons other than the addressee(s) is strictly prohibited. If you have received this communication in error, please notify us immediately.