EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SUMMER INFANT, INC.                    :
                                       :
            v.                         :        C.A. No. 15-218S
                                       :
CAROLE E. BRAMSON, et al.              :

## MEMORANDUM AND ORDER

Pending before me for determination (28 U.S.C. § 636(b)(1)(A)) is Defendants' Joint Motion to Compel Plaintiff to Correct Redactions, Correct Confidentiality Designations and Produce Documents. (Document No. 125). Plaintiff objects. (Document No. 133). A hearing was held on January 19, 2016. After reviewing the parties' arguments and submissions, Defendants' Motion is resolved as follows:

### 1.    Initial Pleading Redactions

DENIED. On May 27, 2015, Chief Judge Smith granted Plaintiff's Motion to file its initial pleadings under seal and that is the law of the case. (Document No. 5). To the extent the need for confidentiality has been reduced by changed circumstances, Defendant's request has arguably been mooted by Plaintiff's proposed reduced redactions. The Clerk shall substitute Exhibits A, B and C (Document Nos. 133-2, 133-3 and 133-4) to Plaintiff's Memorandum in Opposition for the previously docketed versions.

### 2.    Confidentiality Designations

DENIED. The parties stipulated to a Confidentiality Protective Order (Document No. 89) which was intended to "lubricate" the flow of discovery and contains an agreed procedure in paragraph 13 to handle disputes as to confidentiality designations. The parties should follow the

agreed procedure. While the Court agrees that over-designation can be counter-productive, the agreed procedure does not provide a mechanism for a blanket requirement that a party re-review and re-designate documents already produced, and Defendants have not presently made any showing of bad faith that might warrant such extraordinary relief.

### 3.    Privileged Documents Previously Communicated to Defendants

Defendants contend that, although they are presently adverse to Plaintiff, they are entitled to review privileged materials they previously authored or received as officers and directors of Plaintiff. Defendants do not presently argue that the documents are not privileged, that Plaintiff does not hold the privilege, or that Plaintiff has waived its privilege. Rather, they argue for production "because documents they received during their employment are not privileged from disclosure to them" and are necessary to mount a defense to Plaintiff's claims against them.

Defendants' position, and the case law relied upon, is not persuasive. The attorney-client privilege belongs to Plaintiff, and Defendants have not shown any present legal right of access to Plaintiff's privileged documents. See Dexia Credit Local v. Rogan, 231 F.R.D. 269, 277 (N.D. Ill. 2004); see also S.E.C. v. Present, No. 14-14692-LTS, 2015 WL 9294164 (D. Mass. Dec. 21, 2015). Accordingly, Defendants' request for production of privileged documents is DENIED.

### 4.    Personal Email, Text and WhatsApp Messages

Defendants seek an order compelling Plaintiff to search for and produce such communications from a list of thirteen individuals they identify as custodians likely to have responsive documents. Plaintiff objects and argues that Defendants' request is speculative and not proportional to the needs of the case. Plaintiff acknowledges that it has produced such communications for three individuals including its Board Chairman and CEO but that there is no

reasonable basis to conclude that the other custodians identified by Defendants were engaging in any

relevant communications in that manner.  After considering the parties' arguments in the context of

Rule 26(b)(2)(C), Defendants' request is DENIED without prejudice to renewal if subsequent

depositions or other discovery reveal that any of the identified individuals did engage in relevant

communications through such means.

SO ORDERED

   /s/   Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
February 4, 2016

EXHIBIT 2

## Additional Searches Performed for Steward Discovery

### As of December 30, 2015

The following searches were performed as described below. Therefore:

- Except as indicated in searches 53 and 54, no limits were applied as to who sent or received emails with these search parameters;
- No time limit was applied; and
- Searches are not case sensitive; and
- Thundermist's entire Barracuda system was searched. However, as indicated in Mr. Jones' Affidavit of April 16. 2015, the "Email Conversion" was incomplete and Thundermist does not know precisely what data, or periods of data, were lost in the Email Conversion.

1.   refer w/5 patients **AND** landmark OR lmc OR infants OR w&i OR cne OR rih OR "rhode island hospital" OR tmh OR miriam OR roger OR rwmc OR st. OR kent OR kcmh OR "South County" OR sch OR newport OR westerly OR memorial

2.   send w/5 patients **AND** landmark OR lmc OR infants OR w&i OR cne OR rih OR "rhode island hospital" OR tmh OR miriam OR roger OR rwmc OR st. OR kent OR kcmh OR "South County" OR sch OR newport OR westerly OR memorial

3.   admit w/5 patients

4.   mou w/3 landmark

5.   mou w/3 lmc

6.   loi w/3 landmark

7.   loi w/3 lmc

8.   intent w/3 landmark

9.   intent w/3 lmc

10.   understanding w/3 landmark

11.   understanding w/3 lmc

12.   contract w/3 landmark

13.   contract w/3 lmc

14.   agreement w/3 landmark

15.   agreement w/3 lmc

16. mou w/3 caritas

17. loi w/3 caritas

18. intent w/3 caritas

19. understanding w/3 caritas

20. contract w/3 caritas

21. agreement w/3 caritas

22. mou w/3 steward

23. loi w/3 steward

24. intent w/3 steward

25. understanding w/3 steward

26. contract w/3 steward

27. agreement w/3 steward

28. mou w/3 prime

29. loi w/3 prime

30. intent w/3 prime

31. understanding w/3 prime

32. contract w/3 prime

33. agreement w/3 prime

34. mou w/3 lifespan

35. loi w/3 lifespan

36. intent w/3 lifespan

37. understanding w/3 lifespan

38. contract w/3 lifespan

39. agreement w/3 lifespan

40. treat w/3 transfer

41.   acquire w/5 landmark

42.   acquisition w/5 landmark

43.   acquire w/5 lmc

44.   acquisition w/5 lmc

45.   purchase w/5 landmark

46.   purchase w/5 lmc

47.   buy w/5 landmark

48.   buy w/5 lmc

49.   sale w/5 landmark

50.   sale w/5 lmc

51.   sell w/5 landmark

52.   sell w/5 lmc

53.   from: (jones or chuckj or montanaro or mariam or mmontanaro) AND to: (hughes or keefe or howes or marcantono)

54.   from: (hughes or keefe or howes or marcantono) AND to: (jones or chuckj or montanaro or mariam or mmontanaro).

55.   eliminate w/5 landmark

56.   eliminate w/5 lmc

57.   close w/5 landmark

58.   close w/5 lmc

59.   migrate w/5 landmark

60.   migration w/5 landmark

61.   migrate w/5 lmc

62.   migration w/5 lmc

63.    move w/5 landmark

64.    move w/5 lmc

<u>Additional searches performed on and after 12/28/2015</u>

65.    refer w/5 patients **AND** chartercare

66.    send w/5 patients **AND** chartercare

67.    ACO **AND** landmark OR lmc OR infants OR w&i OR cne OR rih OR "rhode island hospital" OR tmh OR miriam OR roger OR rwmc OR st. OR kent OR kcmh OR "South County" OR sch OR newport OR westerly OR memorial OR chartercare

68.    accountable w/2 care AND landmark OR lmc OR infants OR w&i OR cne OR rih OR "rhode island hospital" OR tmh OR miriam OR roger OR rwmc OR st. OR kent OR kcmh OR "South County" OR sch OR newport OR westerly OR memorial OR chartercare

C:\Users\dwineberg\Dropbox (CRF LLP)\Health Care\Thundermist Health Center\Steward-Blue Cross Subpoena\Performed and Additional Searches for Steward Discovery 12-30-15.docx

CHUCK JONES SEARCHES IN RESPONSE TO DISCOVERY REQUEST PRIOR TO DECEMBER 2, 2015

| Solo Query | Public Health | Grant | De La Torre | Guyon | Putter | Steward | Ftc Jones | Ftc Montanaro | From: bcbsri | Mark Rich |
|---|---|---|---|---|---|---|---|---|---|---|
| Rhode Island Hospital | × | | × | × | × | × | | | | × |
| Lifespan | × | × | | | | | | | | |
| Miriam | × | × | | | | | | | | |
| RIH | × | × | | | | | | | | |
| TMH | × | × | | | | | | | | |
| BCBS | | | | | | × | × | × | | |
| Blue Cross | | | | | | × | × | × | | |
| bcbsri | | | | | | | | | | |
| LMC | | | | | | × | × | × | | |
| Landmark | | | | | | × | × | × | × | |
| Caritas | | | | | | × | × | × | | |
| CEO | | | | | | × | | | | |
| Guyon | | | | | | × | | | | |
| Carepoint | | | | | | × | × | | | |
| New Landmark | | | | | | × | | | | |
| Peter A | | | | | | × | | | | |
| Ralph | | | | | | × | | | | |
| Tocc Jones | | | | | | × | | | | |
| Tocc | | | | | | | | | × | |
| Montanaro | | | | | | | | | × | |
| Montanaro | | | | | × | | | | | |

Multi term searches performed:

Steward – fm bcbsri – tocc CEO

Steward – fm CEO – tocc Bcbsri

CHUCK JONES SEARCHES IN RESPONSE TO DISCOVERY REQUEST PRIOR TO DECEMBER, 2015

Steward – New Landmark - Montanaro

Steward – New Landmark – Jones

Steward – Peter A – Chuck

Steward – Peter A – From Chuck

Steward – tocc CEO – bcbs or BlueCross

Steward – bcbsri.org – landmark – ftcc jones

Steward – Landmark – fm Montanaro

Steward – Landmark – fm Jones

X = search performed

C:\Users\devineberg\Dropbox (CRF LLP)\Health Care\Thundermist Health Center\Steward-Blue Cross Subpoena\Table of Searches 3.docx

2015-12-07 Steward D1 CRF

7,405 hits

Email Keyword Expression matches 'to:(jones OR chuck) OR montanaro OR mariam OR mmontanaro)
Email Keyword Expression matches 'from:(jones OR chuck) OR montanaro OR mariam OR mmontana:
Email Keyword Expression matches 'all:(refer OR send)' AND
Email Keyword Expression matches 'all:(landmark OR LMC OR infants OR W&I OR CNE OR RIH OR '
Email Date on or after '2008-01-01 -0500' AND
Email Date on or before '2014-12-31 -0500'

2015-12-07 Steward D2 CRF

9,863 hits

Email Keyword Expression matches 'to:(jones OR chuck) OR montanaro OR mariam OR mmontanaro)
Email Keyword Expression matches 'from:(jones OR chuck) OR montanaro OR mariam OR mmontana:
Email Keyword Expression matches 'all:(agreement OR contract OR understanding OR MOU OR LOI (
Email Keyword Expression matches 'all:(lifespan OR LMC OR landmark OR caritas OR prime OR RIH
Email Date on or after '2008-01-01 -0500' AND
Email Date on or before '2014-12-31 -0500'

2015-12-07 Steward D3 CRF

12,477 hits

Email Keyword Expression matches 'to:(jones OR chuck) OR montanaro OR mariam OR mmontanaro)
Email Keyword Expression matches 'from:(jones OR chuck) OR montanaro OR mariam OR mmontana:
Email Keyword Expression matches 'all:(ACO OR accountable OR network OR limited)' AND
Email Date on or after '2008-01-01 -0500' AND
Email Date on or before '2014-12-31 -0500'

2015-12-07 Steward D4 CRF

698 hits

Email Keyword Expression matches 'to:(jones OR chuck) OR montanaro OR mariam OR mmontanaro)
Email Keyword Expression matches 'from:(jones OR chuck) OR montanaro OR mariam OR mmontana:
Email Keyword Expression matches 'all:(lmc OR treat)' AND
Email Keyword Expression matches 'all:(acquis* OR acquir^ OR purchase OR buy OR transfer OR sal
Email Date on or after '2008-01-01 -0500' AND
Email Date on or before '2014-12-31 -0500'

2015-12-07 Steward D5 CRF

1,593 hits

Email Keyword Expression matches 'to:(jones OR chuck) OR montanaro OR mariam OR mmontanaro)
Email Keyword Expression matches 'from:(jones OR chuck) OR montanaro OR mariam OR mmontana:
Email Keyword Expression matches 'all:(hughes or keefe or howes or marcantano)' AND
Email Date on or after '2008-01-01 -0500' AND
Email Date on or before '2014-12-31 -0500'

2015-12-07 Steward D6 CRF

34,736 hits

Email Keyword Expression matches 'to:(jones OR chuck) OR montanaro OR mariam OR mmontanaro)
Email Keyword Expression matches 'from:(jones OR chuck) OR montanaro OR mariam OR mmontana:
Email Keyword Expression matches 'all:(eliminat^ OR close* OR cease* OR migrate* OR transfer^)' OR
Email Keyword Expression matches 'all:(landmark OR LMC)' AND
Email Date on or after '2008-01-01 -0500' AND
Email Date on or before '2014-12-31 -0500'

EXHIBIT 3

## Robert Fine

| | |
|---|---|
| **From:** | Lauren Nocera <LaurenN@thundermisthealth.org> |
| **Sent:** | Thursday, October 06, 2011 1:32 PM |
| **To:** | Jeanne Bonin |
| **Subject:** | finally! |
| **Attachments:** | 330 2012 9.30.docx |

**Robert Fine**

| | |
|---|---|
| **From:** | Linda M Reilly <LindaR@thundermisthealth.org> |
| **Sent:** | Monday, November 21, 2011 3:10 PM |
| **To:** | Marisa Podbros |
| **Subject:** | All Donors- Corrected.xls |
| **Attachments:** | All Donors- Corrected.xls |

Marisa,

Everyone highlighted in yellow should NOT be sent a letter.  Please send this to Brad—I will start on the next list.

Thanks,
Linda

**Robert Fine**

**From:** Lee-Ann Beaupre <Lee-AnnB@thundermisthealth.org>
**Sent:** Wednesday, April 23, 2014 1:53 PM
**To:** Cynthia Souther
**Subject:** RE: report info

Thank you Cynthia—I will put a formal written request through.  NHP requires this from all Thundermist sites once per year so it will not be just for South County.

---

**From:** Cynthia Souther
**Sent:** Wednesday, April 23, 2014 12:36 PM
**To:** Lee-Ann Beaupre
**Cc:** Elizabeth Fortin; Karen Golden
**Subject:** FW: report info

Lee-Ann,
From this document, it looks like you are looking for a report that gives:

The top 5 most frequent Referral To Specialty Types for patients with ANY NHP Insurance as their Current Primary Insurance that have had a visit in the last year in SC Medical?  Is this correct?

If so, please submit this request to the Help Desk as a formal report request.  Do you have the email with the instructions for submitting a Report Request?  I will forward it to you just in case...

---

**From:** Lee-Ann Beaupre
**Sent:** Monday, April 21, 2014 10:13 AM
**To:** Cynthia Souther
**Subject:** FW: report info

Hi Cyndi-

I am trying to complete a report for NHP---attached for your review---I do not know how to obtain the information they are requesting regarding NHP patients that we refer out (info at bottom of form)  I have asked for assistance from other PM's, referral coordinators, and Sandra---have now been referred to you—please let me know if there is a report—or who I should direct this request to—

Thank you-
Lee-Ann

---

**From:** Sandra Conover
**Sent:** Friday, April 18, 2014 5:50 PM
**To:** Lee-Ann Beaupre
**Subject:** RE: report info

Hi Lee-Ann,

Please email your request to Cynthia Souther.  She may be aware if there's an existing report you can run that contains the info you're looking for.

**Robert Fine**

| | |
|---|---|
| **From:** | Patricia.Cotter@bcbsri.org |
| **Sent:** | Monday, September 23, 2013 10:49 AM |
| **To:** | MichaelPo@thundermisthealth.org; ElizabethF@thundermisthealth.org |
| **Subject:** | BCBSRI CSI Contract - For Your Review and Signature |
| **Attachments:** | Attachment F - Community Physician Best Practices.pdf; Attachment G - Colorado PCMH<br> --Primary Care- Specialty Care compact (1-8-10).pdf; Contract Attachments 09.01.13 (restructured contract).pdf; Thundermist.warwick.CSI New Expansion Site Contract long form template.BCBSRI.09.2013.pdf |

Dear Dr. Poshkus and Liz -

Please find attached the BCBSRI-CSI Agreement.  Could you please review, sign, and return to my attention via e-mail as a scanned document (at least the signature page)or via fax?
We can follow an electronic signature process.  Once the contract is counter-executed, we will forward a counter-executed copy to you for your files.

If you prefer to receive a hard copy, please let me know and I will mail one to your office.

Thank you-
Tricia




Patricia K. Cotter
Senior Contract Manager
Provider Contracting
Blue Cross & Blue Shield of RI
500 Exchange Street
Providence, RI 02903-2699
Office: 401-459-5191
Fax:   401-459-5586
Cell:   508-681-9702

**Robert Fine**

| | |
|---|---|
| **From:** | Cindy McCormick <CynthiaM@thundermisthealth.org> |
| **Sent:** | Tuesday, March 05, 2013 11:30 AM |
| **To:** | Nicole Quindazzi |
| **Subject:** | SCH MOU |
| **Attachments:** | SCH MOU.docx |

## Robert Fine

| | |
|---|---|
| **From:** | Nicole Quindazzi <NicoleQ@thundermisthealth.org> |
| **Sent:** | Monday, February 11, 2013 4:45 PM |
| **To:** | Lauren Nocera |
| **Cc:** | Xavier Arinez |
| **Subject:** | Scope follow-up |
| **Attachments:** | SCH MOU.docx; SKMBT_C25313021117250.pdf |

Hi Lauren,

In follow-up to the scope discussion I was able to track down two contracts.

1) The first is a contract for SC Hospital OB services. Kerry wrote this MOU and presented it to Lou Giancola.. In Oct 2012, Lou asked us to revise the wording, which we did, however he has never signed and returned the contract. His assistant told Cindy it was being reviewed by their "risk management" department or committee. Despite numerous attempts to ask them to return the contract we still have not received a signed copy from them. However, to answer your question about care for the uninsured, it does contain the following language on page 2:

> E. SCHWH agrees to provide obstetric care to Thundermist patients regardless of their insurance status or ability to pay. SCHWH shall provide free care to uninsured patients with an income less than 400% of the Federal Poverty Level.

2) FCCP program. I found a contract in Kerry's file (also attached) for the FCCP program. It is a contract for one year (CY 2009). The copy in the file is unsigned so I do not know if the contract was ever officially signed by anyone and even if it was signed it is obsolete now. To answer your question about liability, the contract has two sections that seem applicable #9 "Indemnification" on page 3 and #12 "Professional Liability Insurance" on page 4. If I am reading this correctly, THC agrees to maintain professional liability insurance of $1Million/$3Million. Not sure if we have that? I've also included the financial activity reports from Sam Limiadi.

I am copying you and Xavier on this because I don't know where to look to find out if we have any actual signed contracts for either program.
Thank you,
Nicole

## Robert Fine

| | |
|---|---|
| **From:** | Manyan, Jessica <JManyan@KentRI.org> |
| **Sent:** | Wednesday, June 05, 2013 1:07 PM |
| **To:** | Beardsworth, James D; Farnum, Elisabeth; Renehan, Richard J; Spinale, Joseph |
| **Cc:** | Gaumitz, Rebecca L; Nottage, Sarah L; Marlene Roberti |
| **Subject:** | RE: Care New England/Thundermist invite is ready to go |

At this point we are looking to add prenatal care by the residents in a more distant future so the prenatal care bullet point should be taken off.  Otherwise, looks fine to me, thanks.-Jess

Jessica C. Manyan, DO
Program Director, Family Medicine
Kent Hospital
Warwick, RI
401-737-7000 ext. 35643

**From:** Beardsworth, James D
**Sent:** Monday, June 03, 2013 3:09 PM
**To:** Farnum, Elisabeth; Renehan, Richard J; Spinale, Joseph
**Cc:** Gaumitz, Rebecca L; Nottage, Sarah L; Manyan, Jessica; Marlene Roberti
**Subject:** RE: Care New England/Thundermist invite is ready to go

If we are comfortable that these issues will be addressed in time for the launch than I would keep it. If we believe they will not be than I would suggest taking it off. Who can best address that?

Thanks

-Jim

**From:** Farnum, Elisabeth
**Sent:** Monday, June 03, 2013 3:02 PM
**To:** Beardsworth, James D; Renehan, Richard J; Spinale, Joseph
**Cc:** Gaumitz, Rebecca L; Nottage, Sarah L; Manyan, Jessica; Marlene Roberti
**Subject:** RE: Care New England/Thundermist invite is ready to go

There are currently some logistical issues with the prenatal experience that haven't been worked out. If not progress on that has occurred would it be better to take that off the postcard?

Betsy

**From:** Beardsworth, James D
**Sent:** Monday, June 03, 2013 2:00 PM
**To:** Renehan, Richard J; Spinale, Joseph
**Cc:** Gaumitz, Rebecca L; Nottage, Sarah L; Farnum, Elisabeth; Manyan, Jessica; Marlene Roberti
**Subject:** FW: Care New England/Thundermist invite is ready to go

Please advise if you are ok with the draft attached. Thanks.

## Robert Fine

| | |
|---|---|
| **From:** | Lauren Nocera <LaurenN@thundermisthealth.org> |
| **Sent:** | Tuesday, June 04, 2013 9:53 AM |
| **To:** | Xavier Arinez |
| **Subject:** | FW: Care New England/Thundermist invite is ready to go |

I am not in the mood to fight with them about this. Ok if we leave it off?  This is obviously about their larger concerns about OB or Marlene's argument would have stuck.

**From:** Marlene Roberti
**Sent:** Tuesday, June 04, 2013 9:49 AM
**To:** Lauren Nocera
**Subject:** FW: Care New England/Thundermist invite is ready to go

So, it looks like they want it off.  I was going to send the message below this a.m., but Sarah beat me to it.  Do you want/or do you want me to push back?  It is consistent with the language from their own letter.

Please advise as I would like to put the card to bed today.

**From:** Beardsworth, James D [mailto:JBeardsworth@KentRI.org]
**Sent:** Tuesday, June 04, 2013 8:10 AM
**To:** Sarah Nottage; Elizabeth Farnum; Renehan, Richard J; Spinale, Joseph
**Cc:** Gaumitz, Rebecca L; Jessica Manyan; Marlene Roberti
**Subject:** Re: Care New England/Thundermist invite is ready to go

It is a general announcement of the new program and it has been decided that prenatal will come off.

**From:** Nottage, Sarah L
**Sent:** Tuesday, June 04, 2013 08:01 AM
**To:** Beardsworth, James D; Farnum, Elisabeth; Renehan, Richard J; Spinale, Joseph
**Cc:** Gaumitz, Rebecca L; Manyan, Jessica; Marlene Roberti <MarleneRo@thundermisthealth.org>
**Subject:** RE: Care New England/Thundermist invite is ready to go

Prenatal care is provided at Thundermist but not by the residents.  Neither is behavioral or dental, so is this an announcment about the services of the residents and Drs.Manyan and Farnum, or about Thundermist?

**From:** Beardsworth, James D
**Sent:** Monday, June 03, 2013 3:09 PM
**To:** Farnum, Elisabeth; Renehan, Richard J; Spinale, Joseph
**Cc:** Gaumitz, Rebecca L; Nottage, Sarah L; Manyan, Jessica; Marlene Roberti
**Subject:** RE: Care New England/Thundermist invite is ready to go

If we are comfortable that these issues will be addressed in time for the launch than I would keep it. If we believe they will not be than I would suggest taking it off. Who can best address that?

Thanks

-Jim

## Robert Fine

**From:** Andrea Levesque <ALevesque@riqi.org>
**Sent:** Thursday, March 08, 2012 2:55 PM
**To:** Issandra Rodriguez; Elizabeth Fortin
**Subject:** BCBSRI Fee Increase: Extension to Jun 1/Jul 1
**Attachments:** image001.png; image002.png; image003.gif; PCP_EHR_Meaningful_Use_Attestation_for_Providers_on_Higher_Fee_Schedules_March2012[1].pdf

Hi Issandra & Liz,

I wanted to make sure that you received notification that BCBSRI has decided to extend their deadline for achieving Stage 1 Meaningful Use.

As you are aware, they <u>had been</u> communicating an alignment that required providers participating in their PCP EHR Fee Increase Program to begin the required 90-day reporting period to meet the Stage 1 measures by no later than April 1, 2012.

They have decided to delay this alignment and are now allowing providers to begin the 90-day reporting period by <u>no later than July 1, 2012</u>. If you have not already submitted the required BCBSRI MU Attestation Form, <u>you must submit the completed form by no later than June 1, 2012</u> and begin the 90-day reporting period by no later than **July 1, 2012**. Note: A copy of the form is attached.

If you have not yet submitted the required BCBSRI Meaningful Use Attestation Form, you should have received notification from BCBCRI by way of a letter, dated February 28, 2012. In addition to the letter, BCBSRI has also planned the following notifications:
- Updates on their website
- March 1st website newsbox posting
- an article in their April addition of the Provider Update newsletter (to be available in late March)
- a March 7th email blast to those providers that have not yet submitted their attestation forms

If you have any questions, feel free to contact Lauren Morten at BCBSRI (459-5264) or me directly.

Also, please let me know if you would like me to come discuss the MU measures or help answer any questions about the measures, etc.

Thank you and take care,

Andréa

*Andréa Levesque*
*REC Relationship Manager*
*Rhode Island Quality Institute*
*235 Promenade St. Suite 600*
*Providence, RI 02908*
*401-276-9141 x 262*
*alevesque@riqi.org*



**Robert Fine**

| | |
|---|---|
| **From:** | Cabral, Malinda <mcabral@carene.org> |
| **Sent:** | Monday, April 14, 2014 12:51 PM |
| **To:** | Amaral, Jean; Barassa, David; Berthiaume, Eric; Berthiaume, Eric; Borkan, Jeffrey; Carter, Shirley; Comerford, Sandra; Dacey, Michael; Delmonico, Domenic; Diaz, Joseph; Forman, Laura V; Gates, Jonathan; Godinho, Renee; Green, Susan S; Janett, Robert; Janett, Robert; Powers, Marilyn; Puerini, Al; Reis, Irene M; Roberts, Nancy; Rosa, Andrew; Schlossberg, Steven; Schlossberg, Steven M; Sparks, Laurie A; Sullivan, James |
| **Cc:** | Claire Heideman (CHeideman@valencehealth.com); Jannet Park (JPark@valencehealth.com) |
| **Subject:** | CNE ACO Clinical Work Group - April 14 @ 7:00-8:30 pm |
| **Attachments:** | CNE Clinical Work Group 2_FINAL.pdf |
| | |
| **Importance:** | High |

Attached is the presentation for tonight's CNE Clinical Work Group meeting @ 7:00-8:30 **pm**.  If you have not done so already, please confirm your attendance.

Thank you.

*Malinda A. Cabral*
Executive Assistant to:
**Domenic F. Delmonico,** Senior Vice President
of Managed Care Contracting & Network Development;
**Jean S. Amaral,** Director, Contract Administration; and
**Gail E. Costa,** SVP for Strategy and System Development/CSO
Care New England Health System
P: 401-274-1122 (Contracting x4-8120; Planning x4-8110)
F: 401-453-7686
E-mail: MCabral@CareNE.org

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the information contained in this e-mail is prohibited. If you have received this e-mail in error, please notify sender by reply e-mail and delete this message and any attachment(s) immediately. Thank you for your consideration in this matter.

## Robert Fine

| | |
|---|---|
| **From:** | Cabral, Malinda <mcabral@carene.org> |
| **Sent:** | Monday, March 31, 2014 4:28 PM |
| **To:** | 'Al Puerini'; Diaz, Joseph; RJanett@MACIPA.com; Dacey, Michael; Sparks, Laurie A; Roberts, Nancy; Rosa, Andrew; Gates, Jonathan; Powers, Marylin; Sullivan, James; Schlossberg, Steven M; Borkan, Jeffrey; 'Shirley Carter'; Forman, Laura V; mpowersobgyn@cox.net; 'davidb@thundermisthealth.org'; Amaral, Jean; Eric Berthiaume (eberthiaume@gmail.com); eric.berthiaume@universitygi.com |
| **Cc:** | Comerford, Sandra; Green, Susan S; Godinho, Renee; Langley, Cynthia; Reis, Irene M; Bollesen, Katherine M; 'pamelama@thundermisthealth.org'; Claire Heideman (CHeideman@valencehealth.com); steven.schlossberg@impact-advisors.com; cwinne@universitygi.com; Delmonico, Domenic |
| **Subject:** | CNE ACO Clinical Work Group Pre-Reading Materials |
| **Attachments:** | CNE Clinical Work Group Session 1_ Pre-Reading Material.pdf |
| | |
| **Importance:** | High |

Sent on behalf of Domenic Delmonico

Attached please find the pre-reading materials for the Clinical Work Group meeting tomorrow morning @ 7:00-9:00 am, 45 Willard Ave, 3rd Fl. Providence.

I apologize for not forwarding in a timely manner and will do so for future meetings.

Thank you.

*Malinda A. Cabral*

Executive Assistant to:
**Domenic F. Delmonico,** Senior Vice President
of Managed Care Contracting & Network Development;
**Jean S. Amaral,** Director, Contract Administration; and
**Gail E. Costa,** SVP for Strategy and System Development/CSO
Care New England Health System
P: 401-274-1122 (Contracting x4-8120; Planning x4-8110)
F: 401-453-7686
E-mail: MCabral@CareNE.org

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the information contained in this e-mail is prohibited. If you have received this e-mail in error, please notify sender by reply e-mail and delete this message and any attachment(s) immediately. Thank you for your consideration in this matter.

**Robert Fine**

| | |
|---|---|
| **From:** | Pamela Manchester <pamelama@thundermisthealth.org> on behalf of Delmonico, Domenic <DDelmonico@CareNE.org> |
| **Sent:** | Monday, March 31, 2014 10:23 AM |
| **To:** | Pamela Manchester |
| **Subject:** | FW: CNE ACO Planning Clinical Work Group |
| **Attachments:** | attachment.ics; CNE_Project_Overview.pdf |

When: Tuesday, April 01, 2014 7:00 AM-9:00 AM (UTC-05:00) Eastern Time (US & Canada).
Where: 45 Willard Ave, 3rd Fl. Providence

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*

**Hi Dr. Bourassa,**

**I have not accepted or declined this short meeting series on your behalf.**

**Thank you,**
**Pam**

**From:** Cabral, Malinda
**Sent:** Friday, March 21, 2014 2:15 PM
**To:** 'Al Puerini'; Diaz, Joseph; RJanett@MACIPA.com; Dacey, Michael; Sparks, Laurie A; Roberts, Nancy; Rosa, Andrew; Gates, Jonathan; Powers, Marylin; Sullivan, James; Schlossberg, Steven M; Borkan, Jeffrey; 'Shirley Carter'; Forman, Laura V; mpowersobgyn@cox.net; 'davidb@thundermisthealth.org'
**Cc:** Comerford, Sandra; Green, Susan S; Godinho, Renee; Langley, Cynthia; Reis, Irene M; Bollesen, Katherine M; 'pamelama@thundermisthealth.org'; Delmonico, Domenic
**Subject:** HIGH PRIORITY: CNE ACO Planning Clinical Work Group
**Importance:** High

<u>Sent on Behalf of Domenic Delmonico</u>

CNE believes strongly that the future of health care delivery will be patient and physician based and delivered through collaborative organizations such as an ACO.  We are initiating our ACO development work with a highly experienced, strong content knowledge expert named Valence Health (please see the attached one page engagement summary).

The ACO development work will largely be achieved through two work groups – governance and clinical.  We would greatly appreciate your help as a member of the Clinical work group.  There will be approximately three (3) meetings of this group 3-4 weeks apart and lasting 90 minutes (initial meeting will be 2 hours).

The first meeting will be held on Tuesday, April 1st @ 7:00-9:00 am, 45 Willard Ave, 3rd Fl. Providence.  A calendar invite will be sent as confirmation as well.

Thank you very much for your commitment to this work; your time is very valuable.  Please call or email me if you have any questions.

**Donna Rotondi**

Confidential

| | |
|---|---|
| **From:** | Candita Gerzevitz <cgerzevitz@cox.net> |
| **Sent:** | Thursday, February 13, 2014 6:00 PM |
| **To:** | 'Michelle Saslow' |
| **Subject:** | RE: Meeting |

Michelle,

All the best to you and your team for the good work you are doing with the Honduras trip.

You were gracious to include me among those you thanked on Facebook for sewing the dresses and shorts. It made me smile because I made a total of one dress and one pair of shorts, while others made dozens – Connie Anderson comes to mind, and there must have been many others.

Take care. Looking forward to seeing you after the trip and hearing all about it.

Candi

---

**From:** Michelle Saslow [mailto:MichelleS@thundermisthealth.org]
**Sent:** Thursday, February 13, 2014 4:19 PM
**To:** 'Kelly Francoeur'; 'Sigrid Pearson'; 'Steven Shushtari'; 'cgerzevitz@cox.net'; 'Gail Gavin '; 'kathyp9195@cox.net';
'Marie Lachapelle'; 'ndl923@cox.net'; 'pastor@stcat.necoxmail.com'; 'willjuli102@verizon.net'
**Cc:** 'Patricia Fleury'
**Subject:** RE: Meeting

Hi,
Early Saturday morning I will be flying out to Honduras for the brigade.
I will return late Sunday Feb 23rd to Boston and back home to Narragansett on Monday.
Take care,
Michelle

Michelle D. Saslow
Dental Manager
Thundermist Health Center
1 River Street
Wakefield, RI 02879
401-360-1597
ext 1174

---

**From:** Kelly Francoeur [mailto:kellyfranc@cox.net]
**Sent:** Thursday, February 13, 2014 1:42 PM
**To:** Sigrid Pearson; Steven Shushtari; cgerzevitz@cox.net; Gail Gavin ; kathyp9195@cox.net; Marie Lachapelle; Michelle
Saslow; ndl923@cox.net; pastor@stcat.necoxmail.com; willjuli102@verizon.net
**Cc:** Patricia Fleury
**Subject:** Meeting

Hi All –

OK, after much data collection and deliberation I have ascertained two things: