# Exhibit B

## Weingarten, James

| | |
|---|---|
| **From:** | Bernick, Justin W. <justin.bernick@hoganlovells.com> |
| **Sent:** | Tuesday, November 01, 2016 9:18 AM |
| **To:** | Weingarten, James; Levinstein, Mark |
| **Subject:** | RE: Steward v. BCBSRI |

Thanks, James.  I will circulate a dial in for 11:00.

We are unaware of any authority that a party must wait until a privilege log is produced before filing a motion to compel.  If you can send the authority you are relying upon for that position in advance of the call, that would be helpful.

The basis for BCBSRI's position is simple – the documents are not privileged.

**From:** Weingarten, James [mailto:JWeingarten@wc.com]
**Sent:** Tuesday, November 01, 2016 9:02 AM
**To:** Bernick, Justin W.; Levinstein, Mark
**Subject:** RE: Steward v. BCBSRI

Justin:

Blue Cross's challenge cannot be ripe before Steward has produced a privilege log and any redacted versions of the clawed back documents.

In any event, we again ask that you please provide the basis for "BCBSRI's view" that "the listed documents are not privileged, neither in whole nor in part."

We are available anytime between 11am and 1pm to meet and confer, and we ask that you answer our question before we confer so that we may have a meaningful discussion.  We remind you that BCBSRI is obliged to return and/or destroy the clawed back information.

Sincerely,
James

**From:** Bernick, Justin W. [mailto:justin.bernick@hoganlovells.com]
**Sent:** Monday, October 31, 2016 8:53 PM
**To:** Weingarten, James <JWeingarten@wc.com>; Levinstein, Mark <MLevinstein@wc.com>
**Subject:** RE: Steward v. BCBSRI

James,

There is no need to wait for Steward's privilege log or any redactions to file our motion.  In BCBSRI's view, the listed documents are not privileged, neither in whole nor in part.

Could you please let me know your availability for tomorrow?  We would like to get the motion in front of the court.

Thanks,

1

Justin

**From:** Weingarten, James [mailto:JWeingarten@wc.com]
**Sent:** Monday, October 31, 2016 5:34 PM
**To:** Bernick, Justin W.; Levinstein, Mark
**Subject:** RE: Steward v. BCBSRI

Justin:

We will let you know. We are a bit confused how you expect to meet and confer when you have not confirmed destruction of the clawed back documents, and we have not yet served a privilege log and any newly redacted versions of the documents. Please explain.

Sincerely,
James

**From:** Bernick, Justin W. [mailto:justin.bernick@hoganlovells.com]
**Sent:** Monday, October 31, 2016 4:21 PM
**To:** Levinstein, Mark <MLevinstein@wc.com>; Weingarten, James <JWeingarten@wc.com>
**Subject:** RE: Steward v. BCBSRI

Mark,

I just wanted to follow up on the below and see when you might be able to meet and confer. Given the pending depositions, we would like to move forward quickly on this.

Thanks,
Justin

**From:** Bernick, Justin W.
**Sent:** Monday, October 31, 2016 10:48 AM
**To:** 'Levinstein, Mark'; Weingarten, James (JWeingarten@wc.com)
**Subject:** Steward v. BCBSRI

Mark,

I am writing with respect to James' October 26 claw back letter.

BCBSRI intends to file a motion to compel production of the thirteen documents in that letter listed below on the basis that the documents are not privileged. Please let us know if you and/or James are available this afternoon for a meet and confer consistent with the local rules.

    STEWARD00008556
    STEWARD00072725
    STEWARD00076842
    STEWARD00076872

      STEWARD00089188
      STEWARD00562565
      STEWARD00588791
      STEWARD00589032
      STEWARD00589422
      STEWARD00592035
      STEWARD00592477
      STEWARD00592715
      STEWARD00593916

Thanks,
Justin

**Justin Bernick**
Counsel

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Tel:    +1 202 637 5600
Direct:  +1 202 637 5485
Fax:    +1 202 637 5910
Email:  justin.bernick@hoganlovells.com
          www.hoganlovells.com

*Please consider the environment before printing this e-mail.*



**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.