UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BLUE CROSS & BLUE SHIELD OF RHODE ISLAND,<br><br>　　　　Defendant. | Case No. 13-405S<br><br>Honorable William E. Smith<br>Magistrate Judge Lincoln Almond |

**WITHDRAWAL OF APPEARANCE**

Please enter the withdrawal of James H. Weingarten of Williams & Connolly LLP as counsel for Plaintiffs Steward Health Care System LLC; Blackstone Medical Center, Inc., f/k/a Steward Medical Holding Subsidiary Four, Inc.; and Blackstone Rehabilitation Hospital, Inc., f/k/a Steward Medical Holding Subsidiary Four Rehab, Inc., in the above-captioned matter. No trial date has been set. Plaintiffs continue to be represented by other counsel in this case.

Dated: January 6, 2017　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Robert Clark Corrente
　　　　　　　　　　　　　　　　　Robert Clark Corrente (R.I. Bar No. 2632)
　　　　　　　　　　　　　　　　　WHELAN, CORRENTE, FLANDERS, KINDER &
　　　　　　　　　　　　　　　　　SIKET LLP
　　　　　　　　　　　　　　　　　100 Westminster Street, Suite 710
　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　Tel: (401) 270-4500
　　　　　　　　　　　　　　　　　Fax: (401) 270-3760
　　　　　　　　　　　　　　　　　rcorrente@whelancorrente.com

　　　　　　　　　　　　　　　　　/s/ Steven R. Kuney
　　　　　　　　　　　　　　　　　Brendan V. Sullivan, Jr. (R.I. Bar No. 0789)
　　　　　　　　　　　　　　　　　Steven R. Kuney (*pro hac vice*)
　　　　　　　　　　　　　　　　　Mark S. Levinstein (*pro hac vice*)
　　　　　　　　　　　　　　　　　Kevin Hardy (*pro hac vice*)

WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
bsullivan@wc.com
skuney@wc.com
mlevinstein@wc.com
khardy@wc.com

*Attorneys for Steward Health Care System LLC; Blackstone Medical Center, Inc., f/k/a Steward Medical Holding Subsidiary Four, Inc.; and Blackstone Rehabilitation Hospital, Inc., f/k/a Steward Medical Holding Subsidiary Four Rehab, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, the foregoing Withdrawal of Appearance was filed through the Court's ECF system, which will send notice to all counsel of record.

/s/ Robert Clark Corrente