UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
STEWARD HEALTH CARE SYSTEM LLC,     )
et al.,                             )
                                    )
         Plaintiffs,                )
                                    )
    v.                              )   C.A. No. 13-405 WES
                                    )
BLUE CROSS & BLUE SHIELD OF         )
RHODE ISLAND,                       )
                                    )
         Defendant.                 )
_____)

### NOTICE REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

WILLIAM E. SMITH, Chief Judge.

Before the Court is Defendant Blue Cross & Blue Shield of Rhode Island's ("Blue Cross") Motion for Summary Judgment ("Motion") (ECF No. 157) on all counts set forth in the Amended Complaint (ECF No. 90) brought by Plaintiffs Steward Health Care System LLC, et al. After hearing the arguments of counsel and reviewing the memoranda submitted on behalf of the parties, the Court tentatively intends to grant Blue Cross's Motion on all counts. Accordingly, the previously scheduled trial in this matter is postponed until further notice. An Opinion and Order will be forthcoming.

_____
William E. Smith
Chief Judge
Date:  November 29, 2017