UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEWARD HEALTH CARE
SYSTEM LLC, *et al.*,

Plaintiffs,

v.

BLUE CROSS & BLUE SHIELD
OF RHODE ISLAND,

Defendant.

Case No. 1:13-cv-00405-S-LDA

## STIPULATION

By agreement of the parties, the above-captioned matter is dismissed with prejudice, no interest, no costs and each party to bear its own attorneys' fees.

Dated: July 27, 2018

| STEWARD HEALTH CARE SYSTEM, LLC, BLACKSTONE MEDICAL CENTER, INC. F/K/A STEWARD MEDICAL HOLDING SUBSIDIARY FOUR, INC., BLACKSTONE REHABILITATION HOSPITAL, INC. F/K/A STEWARD MEDICAL HOLDING SUBSIDIARY FOUR REHAB, INC. | BLUE CROSS & BLUE SHIELD OF RHODE ISLAND |

By their attorneys,

/s/ Robert Clark Corrente
Robert Clark Corrente (#2632)
Christopher N. Dawson (#8508)
Joseph Cooper (#9286)
Whelan, Corrente, Kinder & Siket LLP
100 Westminster Street, Suite 710
Providence, RI 02903
Tel: 401-270-4500
Fax: 401-270-3760
rcorrente@whelancorrente.com

By its attorneys,

/s/ Patricia K. Rocha
John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
Joseph Avanzato (#4774)
Leslie D. Parker (#8348)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607

cdawson@whelancorrente.com
jcooper@whelancorrente.com

Brendan V. Sullivan, Jr. (#0789)
Steven R. Kuney (*Pro Hac Vice*)
Mark S. Levinstein (*Pro Hac Vice*)
Matthew P. Mooney (*Pro Hac Vice*)
Frank Lane Heard, III (*Pro Hac Vice*)
Colette Connor (*Pro Hac Vice*)
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20005
bsullivan@wc.com
skuney@wc.com
khardy@wc.com
mlevinstein@wc.com
mmooney@wc.com
lheard@wc.com
cconnor@wc.com

jtarantino@apslaw.com
procha@apslaw.com
javanzato@apslaw.com
lparker@apslaw.com

N. Thomas Connally, III (*Pro Hac Vice*)
Emily M. Yinger (*Pro Hac Vice*)
Hogan Lovells US LLP
Park Place II, Ninth Floor
7930 Jones Branch Drive
McLean, VA 22102
Tel: (703) 610-6100
Fax: (703) 610-6200
tom.connally@hoganlovells.com
emily.yinger@hoganlovells.com

Robert F. Leibenluft (*Pro Hac Vice*)
William L. Monts III (*Pro Hac Vice*)
Justin W. Bernick (*Pro Hac Vice*)
Hogan Lovells US LLP
555 13th Street NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
robert.leibenluft@hoganlovells.com
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

SO ORDERED THIS 30th DAY OF JULY, 2018.

_____
William E. Smith
Chief Judge, United States District Court for the District of Rhode Island